# EXHIBIT C

DEFENDANTS VANTAGE TRAVEL SERVICE, INC. AND INSPERITY PEO SERVICES, L.P.'S NOTICE OF REMOVAL OF ACTION FROM STATE COURT TO FEDERAL COURT PURSUANT TO 28 U.S.C. §§ 1332, 1441, AND 1446

MC-040

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):<br>Gary B. Ross (121691)/Andrew D. Morrison (SBN 144216)<br>ROSS & MORRISON<br>9440 S. Santa Monica Blvd., Suite 301<br>Beverly Hills, CA 90210<br><br>TELEPHONE NO.: 310.285.0391  FAX NO. (Optional): 310.285.6083<br>E-MAIL ADDRESS (Optional): morrison@rossandmorrison.com<br>ATTORNEY FOR (Name): Plaintiff | FOR COURT USE ONLY |
|---|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES<br>STREET ADDRESS: 111 N. Hill Street<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: Los Angeles, CA 90012<br>BRANCH NAME: Stanley Mosk | |
| PLAINTIFF/PETITIONER: LAUREN GOLDENBERG | CASE NUMBER:<br>21STCV05726 |
| DEFENDANT/RESPONDENT: VANTAGE TRAVEL SERVICES, INC., et al. | JUDICIAL OFFICER:<br>Robert S. Draper |
| **NOTICE OF CHANGE OF ADDRESS OR OTHER CONTACT INFORMATION** | DEPT.:<br>78 |

1. **Please take notice** that, as of (date): March 22, 2021
   ☐ the following self-represented party or
   ☒ the attorney for:
   a. ☒ plaintiff (name): Lauren Goldenberg
   b. ☐ defendant (name):
   c. ☐ petitioner (name):
   d. ☐ respondent (name):
   e. ☐ other (describe):

   has **changed his or her address** for service of notices and documents or other contact information in the above-captioned action.
   ☐ A list of additional parties represented is provided in Attachment 1.

2. The **new address** or other contact information for (name): Andrew D. Morrison
   is as follows:
   a. Street: 9440 S. Santa Monica Blvd., Suite 301
   b. City: Beverly Hills
   c. Mailing address (if different from above):
   d. State and zip code: CA 90210
   e. Telephone number: SAME AS BEFORE (NO CHANGE): 310.285.0391
   f. Fax number (if available): SAME AS BEFORE (NO CHANGE): 310.285.6083
   g. E-mail address (if available): SAME AS BEFORE (NO CHANGE):morrison@rossandmorrison.com

3. **All notices and documents** regarding the action should be sent to the above address.

Date: March 22, 2021

Andrew D. Morrison / Ross & Morrison
(TYPE OR PRINT NAME)

▶ /s/ AM
(SIGNATURE OF PARTY OR ATTORNEY)

Page 1 of 2

Form Approved for Optional Use
Judicial Council of California
MC-040 [Rev. January 1, 2013]

**NOTICE OF CHANGE OF ADDRESS OR OTHER CONTACT INFORMATION**

Cal. Rules of Court, rules 2.200 and 8.816
www.courts.ca.gov

**MC-040**

| PLAINTIFF/PETITIONER: LAUREN GOLDENBERG | CASE NUMBER: |
| --- | --- |
| DEFENDANT/RESPONDENT: VANTAGE TRAVEL SERVICES, INC., et al. | 21STCV05726 |

**PROOF OF SERVICE BY FIRST-CLASS MAIL**
**NOTICE OF CHANGE OF ADDRESS OR OTHER CONTACT INFORMATION**

*(NOTE: This page may be used for proof of service by first-class mail of the **Notice of Change of Address or Other Contact Information**. Please use a different proof of service, such as **Proof of Service—Civil (form POS-040)**, if you serve this notice by a method other than first class-mail, such as by fax or electronic service. You cannot serve the **Notice of Change of Address or Other Contact Information** if you are a party in the action. The person who served the notice must complete this proof of service.)*

1. At the time of service, I was at least 18 years old and **not a party to this action.**
2. I am a resident of or employed in the county where the mailing took place. My residence or business address is *(specify):*

3. I served a copy of the *Notice of Change of Address or Other Contact Information* by enclosing it in a sealed envelope addressed to the persons at the addresses listed in item 5 and *(check one):*
   a. ☐ deposited the sealed envelope with the United States Postal Service with postage fully prepaid.
   b. ☐ placed the sealed envelope for collection and for mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

4. The *Notice of Change of Address or Other Contact Information* was placed in the mail:
   a. on *(date):*
   b. at *(city and state):*

5. The envelope was addressed and mailed as follows:

   a. Name of person served:             c. Name of person served:

      Street address:                       Street address:
      City:                                  City:
      State and zip code:                   State and zip code:

   b. Name of person served:             d. Name of person served:

      Street address:                       Street address:
      City:                                  City:
      State and zip code:                   State and zip code:

☐ Names and addresses of additional persons served are attached. *(You may use form POS-030(P).)*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:

_____        ▶ _____
(TYPE OR PRINT NAME OF DECLARANT)           (SIGNATURE OF DECLARANT)

MC-040

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):<br>Gary B. Ross (121691)/Andrew D. Morrison (SBN 144216)<br>ROSS & MORRISON<br>9440 S. Santa Monica Blvd., Suite 301<br>Beverly Hills, CA 90210<br><br>TELEPHONE NO.: 310.285.0391   FAX NO. (Optional): 310.285.6083<br>E-MAIL ADDRESS (Optional): morrison@rossandmorrison.com<br>ATTORNEY FOR (Name): Plaintiff | FOR COURT USE ONLY |
|---|---|

SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
STREET ADDRESS: 111 N. Hill Street
MAILING ADDRESS:
CITY AND ZIP CODE: Los Angeles, CA 90012
BRANCH NAME: Stanley Mosk

| PLAINTIFF/PETITIONER: LAUREN GOLDENBERG | CASE NUMBER:<br>21STCV05726 |
|---|---|
| DEFENDANT/RESPONDENT: VANTAGE TRAVEL SERVICES, INC., et al. | JUDICIAL OFFICER:<br>Robert S. Draper |
| **NOTICE OF CHANGE OF ADDRESS OR OTHER CONTACT INFORMATION** | DEPT.:<br>78 |

1. **Please take notice** that, as of (date): March 22, 2021
   ☐ the following self-represented party or
   ☒ the attorney for:
   a. ☒ plaintiff (name): Lauren Goldenberg
   b. ☐ defendant (name):
   c. ☐ petitioner (name):
   d. ☐ respondent (name):
   e. ☐ other (describe):

   has **changed his or her address** for service of notices and documents or other contact information in the above-captioned action.

   ☐ A list of additional parties represented is provided in Attachment 1.

2. The **new address** or other contact information for (name): Gary B. Ross
   is as follows:
   a. Street: 9440 S. Santa Monica Blvd., Suite 301
   b. City: Beverly Hills
   c. Mailing address (if different from above):
   d. State and zip code: CA 90210
   e. Telephone number: SAME AS BEFORE (NO CHANGE): 310.285.0391
   f. Fax number (if available): SAME AS BEFORE (NO CHANGE): 310.285.6083
   g. E-mail address (if available): SAME AS BEFORE (NO CHANGE): ross@rossandmorrison.com

3. **All notices and documents** regarding the action should be sent to the above address.

Date: March 22, 2021

Andrew D. Morrison / Ross & Morrison
(TYPE OR PRINT NAME)

▶ /s/ Andrew D. Morrison
(SIGNATURE OF PARTY OR ATTORNEY)

Page 1 of 2

Form Approved for Optional Use
Judicial Council of California
MC-040 [Rev. January 1, 2013]

**NOTICE OF CHANGE OF ADDRESS OR OTHER CONTACT INFORMATION**

Cal. Rules of Court, rules 2.200 and 8.816
www.courts.ca.gov

MC-040

| PLAINTIFF/PETITIONER: LAUREN GOLDENBERG | CASE NUMBER: |
| DEFENDANT/RESPONDENT: VANTAGE TRAVEL SERVICES, INC., et al. | 21STCV05726 |

**PROOF OF SERVICE BY FIRST-CLASS MAIL
NOTICE OF CHANGE OF ADDRESS OR OTHER CONTACT INFORMATION**

*(NOTE: This page may be used for proof of service by first-class mail of the* **Notice of Change of Address or Other Contact Information**. *Please use a different proof of service, such as Proof of Service—Civil (form POS-040),* if you serve this notice by a method other than first class-mail, such as by fax or electronic service. You cannot serve the **Notice of Change of Address or Other Contact Information** if you are a party in the action. The person who served the notice must complete this proof of service.)*

1. At the time of service, I was at least 18 years old and **not a party to this action.**
2. I am a resident of or employed in the county where the mailing took place. My residence or business address is *(specify):*

3. I served a copy of the *Notice of Change of Address or Other Contact Information* by enclosing it in a sealed envelope addressed to the persons at the addresses listed in item 5 and *(check one):*
   a. ☐ deposited the sealed envelope with the United States Postal Service with postage fully prepaid.
   b. ☐ placed the sealed envelope for collection and for mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

4. The *Notice of Change of Address or Other Contact Information* was placed in the mail:
   a. on *(date):*
   b. at *(city and state):*

5. The envelope was addressed and mailed as follows:
   a. Name of person served:

      Street address:
      City:
      State and zip code:

   b. Name of person served:

      Street address:
      City:
      State and zip code:

   c. Name of person served:

      Street address:
      City:
      State and zip code:

   d. Name of person served:

      Street address:
      City:
      State and zip code:

☐ Names and addresses of additional persons served are attached. *(You may use form POS-030(P).)*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:

_____
(TYPE OR PRINT NAME OF DECLARANT)

▶ _____
(SIGNATURE OF DECLARANT)

MC-040 [Rev. January 1, 2013]     **NOTICE OF CHANGE OF ADDRESS OR OTHER CONTACT INFORMATION**     Page 2 of 2

PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 9440 S. Santa Monica Blvd., Suite 301 Beverly Hills, CA 90210.

On March 22, 2021, I served the foregoing document described as:

NOTICE OF CHANGE OF ADDRESS OR OTHER CONTACT INFORMATION

on the interested parties in this action as follows:

☐ **PHYSICAL DELIVERY** By placing ☐ the original ☐ a true copy thereof enclosed in sealed envelopes addressed as follows:

Drew M. Tate
Fisher & Phillips LLP
444 South Flower Street Suite 1500
Los Angeles, CA 90071

    ☐ **BY MAIL:** I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Beverly Hills, California, in the ordinary course of business. I placed such envelope for collection and mailing following this practice on this date.

    ☐ **BY OVERNIGHT DELIVERY:** I caused such envelope to be sent for delivery the next business day via overnight mail and/or overnight ground transport.

    ☐ **BY PERSONAL SERVICE:** I caused such envelope to be delivered by hand to the offices of the addressee(s).

☒ **BY EMAIL:** I sent a copy of this document as a PDF attachment via email addressed to dtate@fisherphillips.com. The parties have agreed to electronic service via email.

☐ **BY FAX** of a true copy thereof from our office facsimile machine of 310.285.6083 directed to the above-named person(s) at Fax No.{}. A confirmation report was properly issued by the transmitting facsimile machine as complete and without error.

Executed on March 22, 2021 in Los Angeles County, California. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

                                            /s/   Andrew D. Morrison