1  Mark J. Jacobs (SBN 208945)
   E-Mail: mjacobs@fisherphillips.com
2  Drew M. Tate (SBN 312219)
   E-Mail: dtate@fisherphillips.com
3  FISHER & PHILLIPS LLP
   444 South Flower Street, Suite 1500
4  Los Angeles, California 92614
   Telephone: (213) 330-4500
5  Facsimile: (213) 330-4501

6  Attorneys for Defendants
   VANTAGE TRAVEL SERVICE, INC.
7  and INSPERITY PEO SERVICES, L.P.
   (Erroneously Sued as INSPERITY, INC.)
8

9               UNITED STATES DISTRICT COURT

10              CENTRAL DISTRICT OF CALIFORNIA

11

12 | LAUREN GOLDENBERG,              | Case No: _____
13 |         Plaintiff,              | [Removed from State Court, Case No. 21STCV05726]
14 |     v.                          |
15 | VANTAGE TRAVEL SERVICE, INC.;   | **DECLARATION OF DREW M. TATE IN SUPPORT OF DEFENDANTS VANTAGE TRAVEL SERVICE, INC. AND INSPERITY PEO SERVICES, L.P.'S NOTICE OF REMOVAL OF ACTION FROM STATE COURT TO FEDERAL COURT PURSUANT TO 28 U.S.C. §§ 1332, 1441, AND 1446**
16 | INSPERITY, INC.; and DOES 1-100,|
17 |         Defendants.             |
18 |                                 |
19 |                                 |
20 |                                 |
21 |                                 | Complaint Filed: February 16, 2021
22 |                                 | Trial Date: Not Set

23

24

25

26

27

28

DECLARATION OF DREW M. TATE ISO DEFENDANTS' NOTICE OF REMOVAL OF ACTION FROM
STATE COURT TO FEDERAL COURT PURSUANT TO 28 U.S.C. §§ 1332, 1441, AND 1446

# DECLARATION OF DREW M. TATE

I, Drew M. Tate, hereby declare and state as follows:

1. I am an attorney at law duly licensed to practice before all courts in the State of California and I am an associate of the Los Angeles Office of Fisher & Phillips LLP, counsel of record for Defendants VANTAGE TRAVEL SERVICE, INC. and INSPERITY PEO SERVICES, L.P., erroneously sued as INSPERITY, INC. (collectively "Defendants"). I make this Declaration in support of Defendants' Notice of Removal pursuant to 28 U.S.C. §§ 1332, 1441 and 1446. Based upon my personal knowledge, I assert the facts set forth herein and, if called as a witness, I could and would competently testify thereto.

2. Attached as **Exhibit A** to Defendants' Notice of Removal filed concurrently with this Declaration is a true and correct copy of Plaintiff LAUREN GOLDENBERG's ("Plaintiff") Complaint filed in the Superior Court of California, County of Los Angeles, in the matter entitled *Lauren Goldenberg v. Vantage Travel Services, Inc. et al.*, Case No. 21STCV05726, on February 16, 2021.

3. Plaintiff's Complaint was served upon VANTAGE TRAVEL SERVICE, INC. on February 24, 2021. Attached as **Exhibit B** to Defendants' Notice of Removal filed concurrently with this Declaration is a true and correct copy of the Proof of Service of Summons upon VANTAGE TRAVEL SERVICE, INC. filed in the Superior Court of California, County of Los Angeles, on March 4, 2021.

4. Attached as **Exhibit C** to Defendants' Notice of Removal filed concurrently with this Declaration are true and correct copies of the Notices of Change of Address or Other Contact Information filed in the Superior Court of California, County of Los Angeles, on March 22, 2021.

5. Plaintiff's Complaint was served upon INSPERITY PEO SERVICES, L.P. on February 25, 2021.

6. On information and belief, and as of the date of the filing of Defendants' Notice of Removal, no other pleadings or other papers have been filed in the state court action.

7. Proofs of Service of the Notice to the Los Angeles County Superior Court Clerk of Removal to Federal Court in the United States District Court Central District of California and the Notice to the Adverse Party of Removal to Federal Court will be filed with this Court shortly after the Superior Court filing and service upon the adverse party are accomplished.

I declare under penalty of perjury under the laws of these United States of America and California that the foregoing is true and correct. Executed this 26th day of March, 2021 in Los Angeles, California.

*/s/ Drew M. Tate*
Drew M. Tate