Mark J. Jacobs (SBN 208945)
E-Mail: mjacobs@fisherphillips.com
Drew M. Tate (SBN 312219)
E-Mail: dtate@fisherphillips.com
FISHER & PHILLIPS LLP
444 South Flower Street, Suite 1500
Los Angeles, California 92614
Telephone: (213) 330-4500
Facsimile: (213) 330-4501

Attorneys for Defendants
VANTAGE TRAVEL SERVICE, INC.
and INSPERITY PEO SERVICES, L.P.
(Erroneously Sued as INSPERITY, INC.)

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| LAUREN GOLDENBERG, | Case No: _____ |
|---|---|
| Plaintiff, | [Removed from State Court, Case No. 21STCV05726] |
| v. | **DECLARATION OF LECIA CHANEY IN SUPPORT OF DEFENDANTS VANTAGE TRAVEL SERVICE, INC. AND INSPERITY PEO SERVICES, L.P.'S NOTICE OF REMOVAL OF ACTION FROM STATE COURT TO FEDERAL COURT PURSUANT TO 28 U.S.C. §§ 1332, 1441, AND 1446** |
| VANTAGE TRAVEL SERVICE, INC.; INSPERITY, INC.; and DOES 1-100, | |
| Defendants. | |
| | Complaint Filed: February 16, 2021 Trial Date: Not Set |

DECLARATION OF LECIA CHANEY ISO DEFENDANTS' NOTICE OF REMOVAL OF ACTION FROM
STATE COURT TO FEDERAL COURT PURSUANT TO 28 U.S.C. §§ 1332, 1441, AND 1446

# DECLARATION OF LECIA CHANEY

I, Lecia Chaney, hereby declare and state as follows:

1. I am over the age of eighteen and I have personal knowledge of the matters contained herein. I make this declaration in support of Defendants VANTAGE TRAVEL SERVICE, INC. and INSPERITY PEO SERVICES, L.P.'s (erroneously sued as INSPERITY, INC.) ("Insperity") (collectively "Defendants") Notice of Removal pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, in the above-entitled matter. If called as a witness, I could and would testify competently to the matters set forth in this Declaration.

2. I am the Associate General Counsel for Insperity, and I have been employed by Insperity since June 2015. As a result of my position, I am knowledgeable about Insperity's place of formation, legal entity status, corporate structure, and the location of its headquarters and leadership.

3. On February 25, 2021, Insperity was served with the Summons and Lauren Goldenberg's Complaint, which was filed in the Superior Court of California, County of Los Angeles on February 16, 2021, entitled *Lauren Goldenberg v. Vantage Travel Services, Inc. et al.*, and case number 21STCV05726.

4. Insperity is incorporated in the State of Delaware as a limited partnership. Insperity was and is a limited partnership in good standing with the State of Delaware as of February 16, 2021 (the date the instant Complaint was filed), and as of the time Defendants' Notice of Removal is being filed. Insperity's headquarters and principal place of business was located in Kingwood, Texas as of February 16, 2021, and as of the time Defendants' Notice of Removal is being filed. The address for Insperity's headquarters and principal place of business is 19001 Crescent Springs Drive, Kingwood, Texas 77339. Insperity controls, directs, and coordinates its business activities at its Kingwood, Texas headquarters.

5. As of February 16, 2021, and the date of Defendants' Notice of

1  Removal, Insperity's sole two members are Administaff Companies, Inc. and
2  Administaff Partnerships Holding III, Inc.

3   6. Administaff Companies, Inc. is incorporated in the State of Delaware. Administaff Companies, Inc. was and is a corporation in good standing with the State of Delaware as of February 16, 2021, and as of the time Defendants' Notice of Removal is being filed. Administaff Companies, Inc.'s headquarters and principal place of business was located in Kingwood, Texas as of February 16, 2021, and as of the time Defendants' Notice of Removal is being filed. Administaff Companies, Inc. controls, directs, and coordinates its business activities at its Kingwood, Texas headquarters.

11  7. Administaff Partnerships Holding III, Inc. is incorporated in the State of Delaware. Administaff Partnerships Holding III, Inc. was and is a corporation in good standing with the State of Delaware as of February 16, 2021, and as of the time Defendants' Notice of Removal is being filed. Administaff Partnerships Holding III, Inc.'s headquarters and principal place of business was located in Kingwood, Texas as of February 16, 2021, and as of the time Defendants' Notice of Removal is being filed. Administaff Partnerships Holding III, Inc. controls, directs, and coordinates its business activities at its Kingwood, Texas headquarters.

19  8. Insperity does not direct, control, or coordinate its activities from a principal place of business in the State of California.

21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

9. To the extent necessary, Insperity consents to the filing of this Notice of Removal.

I declare under penalty of perjury under the laws of these United States of America and the State of California that the foregoing is true and correct. Executed this  25  th day of March, 2021 in Kingwood, Texas.

DocuSigned by:

_Lecia Chaney_
2EFDCD2FD8D3404...

Lecia Chaney

---

3
DECLARATION OF LECIA CHANEY ISO DEFENDANTS' NOTICE OF REMOVAL OF ACTION FROM STATE COURT TO FEDERAL COURT PURSUANT TO 28 U.S.C. §§ 1332, 1441, AND 1446