| | |
|---|---|
| 1 | Mark J. Jacobs (SBN 208945) |
| 2 | E-Mail:  mjacobs@fisherphillips.com<br>Drew M. Tate (SBN 312219) |
| 3 | E-Mail:  dtate@fisherphillips.com<br>FISHER & PHILLIPS LLP |
| 4 | 444 South Flower Street, Suite 1500<br>Los Angeles, California 92614 |
| 5 | Telephone: (213) 330-4500<br>Facsimile: (213) 330-4501 |
| 6 | Attorneys for Defendants |
| 7 | VANTAGE TRAVEL SERVICE, INC.<br>and INSPERITY PEO SERVICES, L.P. |
| 8 | (Erroneously Sued as INSPERITY, INC.) |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAUREN GOLDENBERG,<br><br>             Plaintiff,<br><br>      v.<br><br>VANTAGE TRAVEL SERVICE, INC.;<br>INSPERITY, INC.; and DOES 1-100,<br><br>             Defendants. | Case No: _____<br><br>[Removed from State Court,<br>Case No. 21STCV05726]<br><br>**DEFENDANTS VANTAGE TRAVEL SERVICE, INC. AND INSPERITY PEO SERVICES, L.P.'S CORPORATE DISCLOSURE STATEMENT**<br><br>Complaint Filed: February 16, 2021<br>Trial Date: Not Set |

**TO PLAINTIFF, HER COUNSEL OF RECORD AND TO THE CLERK OF THE COURT FOR THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA:**

Defendants VANTAGE TRAVEL SERVICE, INC. and INSPERITY PEO SERVICES, L.P., erroneously sued as INSPERITY, INC. (collectively "Defendants"), by and through their undersigned counsel of record, and pursuant

///

to Federal Rule of Civil Procedure Rule 7.1., respectfully submit the following corporate disclosure statement:

1. Defendant VANTAGE TRAVEL SERVICE, INC. does not have any parent corporation, nor does a publicly held corporation own more than 10% or more of its stock;

2. Administaff Companies, Inc. has a partnership interest in INSPERITY PEO SERVICES, L.P.;

3. Administaff Partnerships Holding III, Inc. has a partnership interest in INSPERITY PEO SERVICES, L.P.;

4. Administaff Companies, Inc. is the parent and 100% owner of Administaff Partnerships Holding III, Inc.;

5. Insperity Holdings, Inc. is the parent and 100% owner of Administaff Companies, Inc.; and

6. Insperity, Inc. is publicly-traded and is the 100% owner of Insperity Holdings, Inc.

Dated: March 26, 2021                Respectfully submitted,

                                     FISHER & PHILLIPS LLP


                              By:    */s/ Drew M. Tate*
                                     Mark J. Jacobs
                                     Drew M. Tate

                                     Attorneys for Defendants
                                     VANTAGE TRAVEL SERVICE, INC.
                                     and INSPERITY PEO SERVICES, L.P.
                                     (Erroneously Sued as INSPERITY, INC.)

2
DEFENDANTS VANTAGE TRAVEL SERVICE, INC. AND INSPERITY PEO SERVICES, L.P.'S
CORPORATE DISCLOSURE STATEMENT