| | |
|---|---|
| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER<br>Mark J. Jacobs (SBN 208945)<br>E-Mail:  mjacobs@fisherphillips.com<br>Drew M. Tate (SBN 312219)<br>E-Mail:  dtate@fisherphillips.com<br>FISHER & PHILLIPS LLP<br>444 South Flower Street, Suite 1500<br>Los Angeles, California 92614<br>Telephone: (213) 330-4500<br>Facsimile: (213) 330-4501<br><br>ATTORNEY(S) FOR: Defendants | |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAUREN GOLDENBERG,<br><br>Plaintiff(s),<br>v.<br>VANTAGE TRAVEL SERVICE, INC.; INSPERITY, INC.; and DOES 1-100,<br><br>Defendant(s) | CASE NUMBER:<br><br><br>**CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for  Defendants Vantage Travel Service, Inc. and Insperity PEO Services, L.P. (Erroneously Sued as Insperity, Inc.)
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Plaintiff Lauren Goldenberg | A party to this litigation |
| Defendant Vantage Travel Service, Inc. | A party to this litigation |
| Defendant Insperity PEO Services, L.P. | A party to this litigation |
| Administaff Companies, Inc. | Partner of Insperity PEO Services, L.P. |
| Administaff Partnerships Holdings III, Inc. | Partner of Insperity PEO Services, L.P. |

| | |
|---|---|
| March 26, 2021<br>Date | /s/ Drew M. Tate<br>Signature |

Attorney of record for (or name of party appearing in pro per):
Defendants Vantage Travel Service, Inc.
and Insperity PEO Services, L.P.
(Erroneously Sued as Insperity, Inc.)

CV-30 (05/13)    **NOTICE OF INTERESTED PARTIES**

