| | |
|---|---|
| 1 | Mark J. Jacobs (SBN 208945) |
| 2 | E-Mail: mjacobs@fisherphillips.com<br>Drew M. Tate (SBN 312219) |
| 3 | E-Mail: dtate@fisherphillips.com<br>FISHER & PHILLIPS LLP |
| 4 | 444 South Flower Street, Suite 1500<br>Los Angeles, California 92614 |
| 5 | Telephone: (213) 330-4500<br>Facsimile: (213) 330-4501 |
| 6 | Attorneys for Defendants |
| 7 | VANTAGE TRAVEL SERVICE, INC.<br>and INSPERITY PEO SERVICES, L.P. |
| 8 | (Erroneously Sued as INSPERITY, INC.) |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAUREN GOLDENBERG, | Case No: 2:21-cv-02667 |
| Plaintiff, | [Removed from State Court, Case No. 21STCV05726] |
| v. | |
| VANTAGE TRAVEL SERVICE, INC.; INSPERITY, INC.; and DOES 1-100, | **DEFENDANTS VANTAGE TRAVEL SERVICE, INC. AND INSPERITY PEO SERVICES, L.P.'S CERTIFICATE OF SERVICE REGARDING NOTICE OF REMOVAL OF ACTION FROM STATE COURT TO FEDERAL COURT** |
| Defendants. | |
| | Complaint Filed: February 16, 2021<br>Trial Date: Not Set |

CERTIFICATE OF SERVICE

# CERTIFICATE OF SERVICE

I, the undersigned, am employed in the County of Sacramento, State of California. I am over the age of 18 and not a party to the within action; am employed with the law offices of Fisher & Phillips LLP and my business address is 621 Capitol Mall, Suite 1400, Sacramento, CA 95814.

On March 26, 2021, I served the foregoing documents on all the appearing and/or interested parties in this action as follows:

1. **DEFENDANTS VANTAGE TRAVEL SERVICE, INC. AND INSPERITY PEO SERVICES, L.P.'S NOTICE TO ADVERSE PARTY OF REMOVAL OF ACTION TO FEDERAL COURT - EXHIBIT A**
   - **DEFENDANTS VANTAGE TRAVEL SERVICE, INC. AND INSPERITY PEO SERVICES, L.P.'S NOTICE OF REMOVAL OF ACTION FROM STATE COURT TO FEDERAL COURT PURSUANT TO 28 U.S.C. §§ 1332, 1441, AND 1446;**
   - **DEFENDANTS VANTAGE TRAVEL SERVICE, INC. AND INSPERITY PEO SERVICES, L.P.'S CIVIL COVER SHEET;**
   - **DECLARATION OF DREW M. TATE IN SUPPORT OF DEFENDANTS VANTAGE TRAVEL SERVICE, INC. AND INSPERITY PEO SERVICES, L.P.'S NOTICE OF REMOVAL OF ACTION FROM STATE COURT TO FEDERAL COURT PURSUANT TO 28 U.S.C. §§ 1332, 1441, AND 1446;**
   - **DECLARATION OF LECIA CHANEY IN SUPPORT OF DEFENDANTS VANTAGE TRAVEL SERVICE, INC. AND INSPERITY PEO SERVICES, L.P.'S NOTICE OF REMOVAL OF ACTION FROM STATE COURT TO FEDERAL COURT PURSUANT TO 28 U.S.C. §§ 1332, 1441, AND 1446;**
   - **DEFENDANTS VANTAGE TRAVEL SERVICE, INC. AND INSPERITY PEO SERVICES, L.P.'S CORPORATE DISCLOSURE STATEMENT; AND**
   - **DEFENDANTS VANTAGE TRAVEL SERVICE, INC. AND INSPERITY PEO SERVICES, L.P.'S CERTIFICATION AND NOTICE OF INTERESTED PARTIES**

| | |
|---|---|
| Gary B. Ross<br>Andrew D. Morrison<br>ROSS & MORRISON<br>9440 S. Santa Monica Blvd., Suite 301<br>Beverly Hills, CA 90210 | Attorneys for Plaintiff<br>LAUREN GOLDENBERG<br><br>Facsimile: (310) 285-6083<br>E-Mails: ross@rossandmorrison.com,<br>morrison@rossandmorrison.com |

☒   **[by MAIL]** - I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon

fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postage cancellation date or postage meter date is more than one day after date of deposit for mailing this affidavit.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed March 29, 2021 at Sacramento, California.

Vicki Rathke
Print Name

By: /s/ Vicki Rathke
Signature