**ROSS & MORRISON**
Gary B. Ross (SBN 121691)
ross@rossandmorrison.com
Andrew D. Morrison (SBN 144216)
morrison@rossandmorrison.com
315 S. Beverly Drive, Suite 410
Beverly Hills, CA 90212
Ph.: 310.285.0391; Fax: 310.285.6083

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| Lauren Goldenberg, | ) Case No. CV 21-2667-JFW(JCx) |
|---|---|
| Plaintiff, | ) PLAINTIFF'S NOTICE OF MOTION |
| v. | ) AND MOTION FOR REMAND |
| Vantage Travel Services, Inc., et al., | ) DATE: May 24, 2021 |
|  | ) TIME: 1:30 p.m. |
|  | ) CTRM: 7A |
| Defendants. | ) JUDGE: Hon. John F. Walter |

TO THE COURT, DEFENDANTS AND THEIR ATTORNEYS:

PLEASE TAKE NOTICE that on May 24, 2021, at 1:30 p.m. or as soon thereafter as may heard in Courtroom 7A of the above-entitled court, located at 350 West 1st Street, Los Angeles, California 90012, plaintiff Lauren Goldenberg will move and hereby moves for an order remanding this case to state court.

This motion will be made pursuant to 28 U.S.C. § 1447(c), on the grounds that defendants' Notice of Removal [ECF Doc. No. 1] was defective because it did not include, or even mention, defendant Insperity, Inc. As a consequence, defendants' removal fails for lack of joinder of a named and served party, namely Insperity, Inc.

1
MOTION FOR REMAND
Mtn for remand.wpd

```
 1      The motion will be based upon this Notice of Motion
 2 and Motion, the concurrently filed Memorandum of Points and
 3 Authorities, such argument as may be presented at the time
 4 of hearing, the Court's files and records, and upon such
 5 other and further matters as the court may consider at the
 6 hearing.
 7      This motion is made following the conference of
 8 counsel pursuant to L.R. 7-3 which took place on April 12,
 9 2011. See also Standing Order ¶5(b) and Joint Statement re:
10 L.R. 7-3 Conference [ECF Doc. No. 20].
11 April 23, 2021              ROSS & MORRISON
12
                         By:   /s/ Andrew D. Morrison
13                             Gary B. Ross
                               Andrew D. Morrison
14                             Attorneys for Plaintiff
```

---

1

MOTION FOR REMAND

Mtn for remand.wpd