1  Mark J. Jacobs (SBN 208945)
   E-Mail:  mjacobs@fisherphillips.com
2  FISHER & PHILLIPS LLP
   2050 Main Street, Suite 1000
3  Irvine, California 92614
   Telephone: (949) 851-2424
4  Facsimile: (949) 851-0152

5  Drew M. Tate (SBN 312219)
   E-Mail:  dtate@fisherphillips.com
6  FISHER & PHILLIPS LLP
   444 South Flower Street, Suite 1500
7  Los Angeles, California 92614
   Telephone: (213) 330-4500
8  Facsimile: (213) 330-4501

9  Attorneys for Defendants
   VANTAGE TRAVEL SERVICE, INC.,
10 INSPERITY, INC., and INSPERITY PEO
   SERVICES, L.P.
11

12                    UNITED STATES DISTRICT COURT
13                   CENTRAL DISTRICT OF CALIFORNIA
14

15 | LAUREN GOLDENBERG,                    | Case No:  2:21-cv-02667-JFW-JC       |
16 |             Plaintiff,                | [Removed from State Court,            |
17 |       v.                              | Case No. 21STCV05726]                 |
18 | VANTAGE TRAVEL SERVICE, INC.;         | **JOINDER IN NOTICE OF                |
19 | INSPERITY, INC.; and DOES 1-100,      | REMOVAL**                             |
20 |             Defendants.               |                                       |
21 |                                       | Complaint Filed: February 16, 2021    |
22 |                                       | FAC Filed:       April 30, 2021       |
   |                                       | Trial Date:      March 8, 2022        |

23
24
25
26
27
28

                                    1
                       JOINDER IN NOTICE OF REMOVAL
FP 40426466.1

|  |  |  |
|---|---|---|
| 1 | | |
| 2 | TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD HEREIN: | |
| 3 |     PLEASE TAKE NOTICE that Defendant INSPERITY, INC. joins in VANTAGE TRAVEL SERVICE, INC. and INSPERITY PEO SERVICES, L.P.'s Notice of Removal to this Court of the state court action described in the Notice of Removal filed on March 26, 2021. *See* ECF Dkt. No. 1. | |

Dated: May 3, 2021          Respectfully submitted,

                                               FISHER & PHILLIPS LLP

                         By:    */s/Drew M. Tate*
                                     Mark J. Jacobs
                                     Drew M. Tate
                                     Attorneys for Defendants
                                     VANTAGE TRAVEL SERVICE, INC.,
                                     INSPERITY, INC., and INSPERITY PEO
                                     SERVICES, L.P.

# CERTIFICATE OF SERVICE

I, the undersigned, am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; am employed with the law offices of Fisher & Phillips LLP and my business address is 444 South Flower Street, Suite 1500, Los Angeles, California 90071.

On May 3, 2021, I served the foregoing document entitled, **JOINDER IN NOTICE OF REMOVAL** on all the appearing and/or interested parties in this action by placing ☐ *the original* ☒ *a true copy* thereof enclosed in sealed envelope(s) addressed as follows:

| | |
|---|---|
| Gary B. Ross<br>Andrew D. Morrison<br>ROSS & MORRISON<br>9440 S. Santa Monica Blvd., Suite 301<br>Beverly Hills, CA 90210 | Attorneys for Plaintiff<br>LAUREN GOLDENBERG<br><br>Facsimile: (310) 285-6083<br>Email: ross@rossandmorrison.com;<br>morrison@rossandmorrison.com |

☐ **[by MAIL]** - I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postage cancellation date or postage meter date is more than one day after date of deposit for mailing this affidavit.

☒ **[by ELECTRONIC SUBMISSION]** - I served the above listed document(s) described via the United States District Court's Electronic Filing Program on the designated recipients via electronic transmission through the CM/ECF system on the Court's website. The Court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document(s). Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed May 3, 2021, at Los Angeles, California.

| Katherine Wagner | By: */s/Katherine Wagner* |
|---|---|
| Print Name | Signature |

CERTIFICATE OF SERVICE

FP 40426466.1