

**United States District Court**
Central District of California
**Office of the Clerk**

**Cristina M. Squieri Bullock**
Chief Deputy of Administration
350 West 1st Street, Suite 4311
Los Angeles, CA 90012

**Kiry K. Gray**
District Court Executive / Clerk of Court
350 West 1st Street, Suite 4311
Los Angeles, CA 90012

**Sara Tse Soo Hoo**
Chief Deputy of Operations
255 East Temple Street, Suite TS-134
Los Angeles, CA 90012

May 19, 2021

  Los Angeles Superior Court
  111 North Hill Street
  Los Angeles, CA 90012

Re: Case Number:     2:21–cv–02667–JFW–JC
    Previously Superior Court Case No.    21STCV05726
    Case Name:    Lauren Goldenberg v. Vantage Travel Services, Inc., et al

Dear Sir/Madam:

    Pursuant to this Court's ORDER OF REMAND issued on    5/19/2021   , the above–referenced case is hereby remanded to your jurisdiction.

    Attached is a certified copy of the ORDER OF REMAND and a copy of the docket sheet from this Court.

    Please acknowledge receipt of the above by signing the enclosed copy of this letter and returning it to the location shown below. Thank you for your cooperation.

United States Courthouse
255 East Temple Street, Suite TS-134
Los Angeles, CA 90012

                            Respectfully,

                            Clerk, U.S. District Court

                            By:  /s/ *Ingrid Valdes*
                                  Deputy Clerk
                                  ingrid_valdes@cacd.uscourts.gov

*Encls.*
*cc: Counsel of record*

---

Receipt is acknowledged of the documents described above.

                            Clerk, Superior Court

_____            By: _____
Date                                        Deputy Clerk